◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORETTA GAY MOORE, Appellant. [595 NYS2d 334] —Appeal by the defendant from a judgment of the County Court, Westchester County (West, J.), rendered May 16, 1991, convicting her of criminal sale of a controlled substance in the third degree (two counts) and criminal possession of a controlled substance in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that she was deprived of a fair trial as a result of the prosecutor's summation. We disagree. Each of the prosecutor's comments to which the defendant objects was a fair response to the defense counsel's summation or constituted fair comment on the evidence *(People v Ashwal,* 39 NY2d 105; *People v Miller,* 143 AD2d 1055).

We find that the sentence imposed was neither harsh nor excessive *(see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are without merit. Thompson, J. P., Sullivan, O'Brien and Copertino, JJ., concur.